UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

MARIBEL POMALES MULERO, )
)
        Plaintiff, )
)
v. ) **JUDGMENT**
)
) No. 5:14-CV-848-FL
)
CAROLYN W. COLVIN, )
Acting Commissioner of Social Security, )
)
        Defendant. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendant's motion to remand.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 24, 2015, that defendant's motion to remand is granted and the Commissioner's decision is reversed. This matter is remanded to the Social Security Administration pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

**This Judgment Filed and Entered on March 24, 2015, and Copies To:**

Bethany Morris Hukill (via CM/ECF Notice of Electronic Filing)
Robert K. Crowe (via CM/ECF Notice of Electronic Filing)


March 24, 2015                    JULIE RICHARDS JOHNSTON, CLERK
                                    /s/ Christa N. Baker
                                   (By) Christa N. Baker, Deputy Clerk